Judge Robert S. Lasnik
Trial date: July 2, 2018

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-105RSL |
| Plaintiff, | |
| vs. | ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION |
| FRANCISCO JAVIER RETANO, a/k/a JUAN A. GARCIA DE ANDA, | |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that at the request of the defendant, Gregory Geist is allowed to withdraw as attorney of record, and Lennard A. Nahajski substitute in as counsel of record.

DONE IN OPEN COURT this 6th day of June 2018.

_____
JUDGE ROBERT S. LASNIK

Presented by:

_____
Lennard A. Nahajski
Attorney for Defendant

Appearance Waived;

*electronic approval 5-24-18*

_____
Gregory Geist
Attorney for Defendant (withdrawing)

[PROPOSED] ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION

THE
NAHAJSKI FIRM
601 – 108th Ave NE, Suite 1900
Bellevue, WA 98004-4376
206-621-0500 fax: 206-400-7636