The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff

v.

FRANCISCO J. RETANO,

    Defendant.

NO. CR18-105 RSL

ORDER GRANTING UNITED STATES'
MOTION TO EXTEND TIME TO FILE
RESPONSE

    The Court, having reviewed the Motion of the United States to extend by seven days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before May 26, 2021, and the motion should be noted for May 28, 2021, unless the parties reach a different agreement regarding briefing.

    DATED this _18th_ day of May, 2021.

*Mft S Lasnik*

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:
*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970